**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jerrell Antonio THOMAS, a/k/a Baby Huey, Defendant—Appellant.**

No. 09–6179.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2009.

Decided: April 9, 2009.

Jerrell Antonio Thomas, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerrell Antonio Thomas appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thomas*, No. 2:94–cr–00069–RGD–3 (E.D.Va. Jan. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*